1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  MICHAEL P.  FARRELL
   Senior Assistant Attorney General
4  STEPHEN G. HERNDON
   Supervising Deputy Attorney General
5  BRIAN G. SMILEY
   Supervising Deputy Attorney General
6  ALISON ELLE ALEMAN
   Deputy Attorney General
7  State Bar No. 117566
    1300 I Street
8   P.O. Box 944255
    Sacramento, CA 94244-2550
9   Telephone: (916) 324-5164
    Fax: (916) 324-2960
10   Email: Alison.Aleman@doj.ca.gov
   Attorneys for Respondents

11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14  **PATRICK J. BOOTH,**                  1:08-CV-01134-SMS (HC)

15                        Petitioner,      **ORDER**

16         v.                              (DOCUMENT #20)

17  **ATTORNEY GENERAL OF THE STATE OF**
    **CALIFORNIA, et al.,**
18
                          Respondents..
19

20         Respondents have filed a request to modify the briefing schedule.

21         1. GOOD CAUSE APPEARING, it is hereby ordered that Respondents' request is hereby

22  granted.

23         2.  The scheduling order is hereby modified for Respondents to file a response to the

24  petition for writ of habeas corpus within three (3) days from the date of this order.

25

26  IT IS SO ORDERED.

27  **Dated:   November 24, 2008**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE
28