# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH, | 1:08-cv-01134-SMS (HC) |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR CERTIFICATE OF APPEALABILITY AS MOOT |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et.al., | [Docs. 35, 36] |
| Respondents. | |

On March 23, 2009, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied and judgment was entered in favor of Respondent. (Court Docs. 28, 29.) The Court also declined to issue a certificate of appealability. (Court Doc. 28.)

On April 2, 2009, Petitioner filed a notice of appeal, motion to proceed in forma pauperis, and motion for a certificate of appealability. (Court Docs. 30, 31, 32.) On April 13, 2009, the Court denied Petitioner's motions as MOOT. (Court Doc. 34.)

On April 22, 2009, Petitioner again filed a motion to proceed in forma pauperis and motion for certificate of appealability. (Court Docs. 35, 36.) For the same reasons stated in the Court's April 13, 2009, order, Petitioner's motions are disregarded as MOOT.

IT IS SO ORDERED.

**Dated:   April 27, 2009**            /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1